# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0415
_____

G.L., Father of C.K.K.C., R-
L.H.W., T.K-N.W., L.K.W.,
S.M.W., G.K-M.C., M-L.D-N.L.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.

July 10, 2026

PER CURIAM.

     AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Christopher Scott, Lynn Haven, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, for Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, and Jaime M. Generazzo, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, o/b/o M-L.D-N.L.